1  THOMAS V. GIRARDI (SBN: 36603)
   GRAHAM B. LIPPSMITH (SBN: 221984)
2  ZOE C. JAMAIL (SBN: 265795)
   GIRARDI AND KEESE
3  1126 Wilshire Boulevard
   Los Angeles, California 90017
4  Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
5  tgirardi@girardikeese.com
   glippsmith@girardikeese.com
6  zjamail@girardikeese.com

7  Attorneys for Plaintiffs, CURTIS REIS, ROBERT
   BOTHNER, GREGORY D. SCOTT, ROBERT H.
8  THOMPSON, MICHAEL L. ABRAMS, and
   DANIEL JACKSON
9
   GARY L. URWIN (SBN: 106436)
10 DAVID W. SKAAR (SBN: 265377)
   HOGAN LOVELLS US LLP
11 1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
12 Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
13 gary.urwin@hoganlovells.com
   david.skaar@hoganlovells.com
14
   DAVID NEWMAN (admitted pro hac vice)
15 LIANA G.T. WOLF (admitted pro hac vice)
   HOGAN LOVELLS US LLP
16 555 13TH Street, N.W.
   Washington, D.C. 20004-1109
17 Telephone: (202) 637-8622
   Facsimile : (202) 637-5910
18 david.newman@hoganlovells.com
   liana.wolf@hoganlovells.com
19
   Attorneys for Defendant
20 FEDERAL INSURANCE COMPANY

21
22                     **UNITED STATES DISTRICT COURT FOR THE**
                       **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 23  CURTIS REIS, ROBERT BOTHNER, D. GREGORY SCOTT, ROBERT H. THOMPSON, MICHAEL L. ABRAMS, and DANIEL JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and DOES 1-10, | CASE NO.: 2:11-cv-09835-RSWL-(MRW)<br><br>Honorable Michael R. Wilner<br><br>**[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER**<br><br>[filed concurrently with: Stipulation Regarding Applicability of Protective Order to FDIC] |

- 1 -

[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER

Defendants.

Upon consideration of the Stipulation Regarding Applicability of Protective Order to FDIC, filed September 27, 2012, entered into by and among all parties to the above-captioned proceeding and third party subpoena recipient the Federal Deposit Insurance Corporation (FDIC), and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The FDIC may designate as "Confidential" any and all documents produced by the FDIC in response to any subpoena served upon it in the above-captioned action, and all such designated documents (hereinafter FDIC Confidential Information) shall be subject to the terms and conditions of the Protective Order.

2. The FDIC shall be entitled to enforce the Protective Order and this Supplemental Protective Order with respect to the FDIC Confidential Information.  This provision shall include FDIC's right to the same notices and opportunities to respond to any challenges or motions pertaining to the confidentiality designation of any FDIC records produced in this proceeding and the introduction in this proceeding of any such records other than under seal.

3. Notwithstanding anything to the contrary in paragraph 20 of the Protective Order, at the conclusion of the Litigation (including any appeal), all FDIC Confidential Information in the possession or control of any person granted access to the FDIC Confidential Information under the Protective Order, including all copies, extracts and summaries thereof, shall forthwith be returned to the Deputy Regional Counsel, FDIC Legal Division, at 25 Jessie Street, Suite 1400, San Francisco, CA  94105, or shall be otherwise disposed of as directed by the Assistant General Counsel or his designee.

//
//
//
//

4. All parties, by and through their respective counsel, agree and stipulate that pursuant to 12 C.F.R. § 309.7(c), nothing in the Stipulation shall require any FDIC employee to testify in any manner in this case, absent the written authorization of the FDIC's General Counsel and for good cause shown.

IT IS SO ORDERED.

DATED: September 27, 2012

_____
Hon. Michael R. Wilner
U.S. Magistrate Judge