1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Curtis Reis, Robert Bothner, D. Gregory Scott, Robert H. Thompson, Michael L. Abrams, and Daniel Jackson, | ) ) ) ) ) ) | CV 11-09835 RSWL (MRWx) **JUDGMENT** |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| Federal Insurance Company, an Indiana corporation, and DOES 1-10, | ) ) ) ) | |
| Defendant. | ) ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Federal Insurance Company and against Plaintiffs Curtis Reis, Robert Bothner, D. Gregory Scott, Robert H. Thompson,

1

Michael L. Abrams, and Daniel Jackson.

    Defendant shall recover the costs of suit, in accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: July 12, 2013

                RONALD S.W. LEW
                **HONORABLE RONALD S.W. LEW**
                Senior, U.S. District Court Judge